

$\textsf{AO 440  (Rev. 8/01) Summons in a Civil Action}$

# UNITED STATES DISTRICT COURT

Southern  District of  New York

Kevin Griffin,

V.

City of New York, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 4191

TO: (Name and address of Defendant)

City of New York
100 Church Street
New York, New York 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LEVENTHAL & KLEIN, LLP.
45 MAIN STREET, SUITE 230
BROOKLYN, NEW YORK 11201

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

MAY 0 1 2008

J. MICHAEL McMAHON

CLERK                                                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/3/08 |
| NAME OF SERVER (PRINT) Anderson Chau | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: c/o Corporation Counsel, 100 Church St., 4th Fl., New York, NY 10038

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served upon Terry Bradshaw, legal clerk, who is authorized to accept on behalf of the deft.
M/Br/Bl/40/5'8"/160#

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/3/08
Date

Signature of Server
Anderson Chau - Lic. #1220482

Address of Server
315 Broadway 3rd Fl, NY, NY 10007

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.