UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

KEVIN GRIFFIN,

                              Plaintiff,

            -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

-------------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

08 Civ. 4191 (SHS)

       **PLEASE TAKE NOTICE** that **Elizabeth M. Daitz**, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant City of New York.

Dated:  New York, New York
          June 18, 2008

                                              MICHAEL A. CARDOZO
                                              Corporation Counsel
                                              of the City of New York
                                              Attorney for Defendant City of New York
                                              100 Church Street, Room 3-218
                                              New York, New York 10007
                                              (212) 788-0775

                                         By:       /s/
                                                        Elizabeth M. Daitz
                                                        Assistant Corporation Counsel
                                                        Special Federal Litigation Division

cc:     Brett Klein, Esq (via ECF)

Index No. 08 Civ. 4191 (SHS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN GRIFFIN,

                                      Plaintiff,

                     -against-

THE CITY OF NEW YORK, et al.,

                                    Defendants.
.

**NOTICE OF APPEARANCE**

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendant City of New York*

*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: Elizabeth M. Daitz*

*Tel: (212) 788-0775*
*NYCLIS No.*

*Due and timely service is hereby admitted.*

*New York, N.Y.  ...................................................,2008*

*............................................................................Esq.*

*Attorney for City of New York*